AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jaime URIAS-Martinez<br>A088 838 161<br>aka Jaimie Martinez; Jamie Obdulio Martinez; Jaime Urias<br><br>*Defendant(s)* | Case No.<br><br>SA15-MJ-388 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 4, 2015__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) & (b)(2) | Being an alien, was found in the United States having been denied admission, excluded, deported, and removed there from on or about October 7, 2010, and that the defendant had not received the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557) to reapply for admission to the United States, being voluntarily in the United States unlawfully. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John R. Fuentes, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 4, 2015

_____
*Judge's signature*

City and state: San Antonio, Texas

Honorable Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

Maximum Penalties:
20 years confinement, $250,000 Fine or Both; 3 years supervised release, $100 mandatory special assessment

AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is John R. Fuentes and I am a Deportation Officer with Immigration and Customs Enforcement (ICE) and with whom I have been employed since February 12, 2007. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On May 4, 2015, URIAS-Martinez, Jaime (URIAS), was encountered at the San Antonio Magistrates Office, San Antonio, subsequent to an arrest for Traffic Violations. After it was determined that URIAS was a foreign born national present within the United States illegally, an Immigration Detainer was issued upon him.

On May 4, 2015, URIAS was released to the ICE - Criminal Alien Program. URIAS's fingerprints were submitted through the Immigration and FBI databases which verified his identity. The databases also revealed that URIAS was a citizen or national of Mexico with assigned Alien Registration Number A088 838 161. A review of the Alien Registration File for A088 838 161, indicated that URIAS was an alien previously removed from the United States to Mexico on or about October 7, 2010. URIAS was advised about his Miranda Rights.

Immigration databases also revealed that URIAS has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after deportation/removal.

The defendant was advised about his right to a consular notification and the Consulate of Mexico was notified about URIAS's arrest on May 4, 2015.

On or about May 18, 1998, in the 400th District Court of Fort Bend County, Richmond, Texas, URIAS was convicted of Robbery and was sentenced to a term of four (4) years confinement.

_____
John R. Fuentes
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 4th day of May, 2015.

_____
United States Magistrate Judge
Honorable Henry J. Bemporad